UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT PIKEVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>TIMOTHY JACOB CRAGER,<br><br>    Defendant. | CASE NO. 7:25-CR-5-KKC-EBA<br><br><br>**ORDER** |

*** *** ***

This matter was referred to Magistrate Judge Edward B. Atkins for the purpose of conducting rearraignment proceedings for the above defendant. After conducting the rearraignment in open court (DE 22), the Magistrate Judge filed a recommendation (DE 23) that the Court accept the defendant's guilty plea and that the defendant be adjudged guilty of the sole Count listed in the Indictment. No objections were filed within the allotted time of three (3) days and no extensions of time were sought by any party. The Court finds that the Magistrate Judge satisfied all requirements of the Federal Rules of Criminal Procedure and the United States Constitution.

Accordingly, the Court hereby ADOPTS the Magistrate Judge's Recommendation (DE 23) and ACCEPTS the defendant's plea of guilty. The Court further ORDERS that the defendant is ADJUDGED GUILTY of the sole Count listed in the Indictment.

This 12th day of August, 2025.



KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY